# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARK ANTHONY SPELL

NO. 2020 KW 0867

**FEB 1 8 2021**

---

In Re:   Mark Anthony Spell, applying for supervisory writs, Zachary City Court, Parish of East Baton Rouge, No. 99-0672.

---

**BEFORE:   WHIPPLE, C.J., CHUTZ AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**WRC**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT